IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TIA ADAMS, | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| THE GLEN AT SHAWMONT STATION, et al., | : | No. 25-cv-4231 |
| | : | |
| *Defendants.* | : | |

# ORDER

**AND NOW**, this **15th** day of **October 2025**, upon review of Defendant Hazlet Shawmont Holdings, LLC's Notice of Removal (ECF No. 1), Plaintiff's Motion to Remand (ECF No. 13), Defendant Hazlet Shawmont Holdings, LLC's Opposition to the Motion (ECF No. 18), and the docket, it is hereby **ORDERED** as follows:

1. Plaintiff's Motion to Remand (ECF No. 13) is **DENIED** for the reasons stated in the accompanying memorandum opinion.

2. The following Defendants are **DISMISSED** from this lawsuit:[1]

    a. Defendant Aion Management, LLC; and

    b. Defendant CBRE, Inc.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**

---

[1] Upon a finding of fraudulent joinder, a district court can "assume jurisdiction over a case" and "dismiss the nondiverse defendants, and thereby retain jurisdiction." *In re Briscoe*, 448 F.3d 201, 206 (3d Cir. 2006) (citation omitted).